Grace Y. Horoupian #180337  
Matthew C. Sgnilek #235299  
Kutak Rock LLP  
18201 Von Karman Avenue, Suite 1100  
Irvine, CA 92612-1077  
Telephone: (949) 417-0999  
Email: grace.horoupian@kutakrock.com  

Attorneys for Plaintiff  
BankFirst, a South Dakota corporation  

David E. Runck - *Pro Hac Vice*  
Fafinski, Mark & Johnson  
774 Prairie Center Drive  
Eden Prairie, MN 55344  
Telephone: (952) 995-9500  
Email: david.runck@fmjlaw.com

JS-6  
cc: Fiscal

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA/WESTERN DIVISION

| | |
|---|---|
| BANKFIRST, a South Dakota corporation,<br><br>           Plaintiff,<br><br>v.<br><br>VIRGINIA PEREIRA, an individual,<br><br>           Defendant. | CASE NO. CV08-03904 VBF (PJWx)<br><br>**JUDGMENT AGAINST VIRGINIA PEREIRA AS TO THE FIRST AND THIRD CAUSES OF ACTION** |

**TO: THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Upon review of the application for default judgment and all documents on file in this matter, judgment against Virginia Pereira as to the breach of contract and money had and received causes of action in favor of BANKFIRST, a South Dakota Corporation is hereby entered in the following amount:

/ / /

/ / /

/ / /

4826-1729-4340.1

| | | |
|---|---|---|
| 1 | Damages: | $138,993.66 |
| 2 | Attorney's Fees: | 6,379.87 |
| 3 | Costs: | 1,822.43 |
| 4 | Total: | $147,195.96 |

**IT IS SO ORDERED**.

Dated:  10-05-09             CLERK OF THE COURT

*Valerie Baker Fairbank*